UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. **10-CV-60111-Altonaga-Brown**

BARBARA FAWCETT,
a/ka BARBARA LETTERESE,
                Plaintiff

vs.

INTERNAL REVENUE SERVICE,
                Defendant
_____/

FILED by VT D.C.
ELECTRONIC
Jan. 25, 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT

Plaintiff, BARBARA FAWCETT a/k/a BARBARA LETTERESE, files this action under the Freedom of Information Act ("FOIA"), 5 USC Section 552, as amended, to compel disclosure of agency records that have been unlawfully withheld by the INTERNAL REVENUE SERVICE ("IRS").

1. This Court has jurisdiction pursuant to 5 USC Section 552(a)(4)(B) and 28 USC Sections 2201-2202.

2. Venue is proper in this Court pursuant to 5 USC Section 552(a)(4)(B).

3. Plaintiff is the requester of agency records that have been improperly withheld.

4. The Defendant, IRS, is an agency of the United States government and has possession and control over the documents and materials that Plaintiff seeks in its FOIA claims.

5. On November 24, 2009, Plaintiff submitted, by letter to the IRS Disclosure

1

Office, a FOIA request to Defendant for records related to communications between IRS personnel and members, affiliates and/or representatives of the Church of Scientology, or its affiliates. The FOIA request is attached hereto as Exhibit A.

6. On December 22, 2009, Defendant informed Plaintiff that they have extended the response date to February 2, 2010, when they expect to provide a final response. A copy of the IRS letter is attached hereto as Exhibit B.

7. In that same December 22nd letter the IRS informed Plaintiff that an administrative appeal is not available to Plaintiff in these circumstances, and that Plaintiffs sole remedy if to file this lawsuit in this Court after January 14, 2010. Plaintiff has therefore exhausted her administrative remedies.

8. Plaintiff, by statute, cited above is entitled to the timely delivery of the requested records and there is no legal basis for Defendant's failure to provide such records.

2

WHEREFORE, Plaintiff prays this Court:

(1) declare that the failure of the Defendant to timely provide the requested records is unlawful;

(2) order Defendant to disclose the requested records to Plaintiff;

(3) expedite the consideration of this action pursuant to 28 USC Section 1657;

(4) grant other and further relief as this Court may deem just and proper.

Dated: January 22, 2010
Fort Lauderdale, FL

Respectfully submitted,

_____
IRA L. ZUCKERMAN (402702)
Taxmaniandevil@bellsouth.net
Ira L. Zuckerman, P.A.
601 S. Ocean Drive
Hollywood, FL 33019
Phone (954)922-1975
Fax (954)922-1976
Attorney for Plaintiff [Barbara Fawcett a/ka Barbara Letterese]

3

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by U.S. Mail, certified/return receipt requested on January 22, 2010 on all counsel or parties of record on the attached service list.

IRA L. ZUCKERMAN, P.A.

By_____
IRA L. ZUCKERMAN

4

## SERVICE LIST

**Civil Action No.**_____

Office of the Attorney General
oag@dc.gov
441 4th Street, NW, Suite 1145S
Washington, DC 20001
(202) 727-3400 (Main)
(202) 347-8922 (Fax)

Commissioner of Internal Revenue
Attention: CC: PA: Br 6/7
1111 Constitution Avenue, NW
Washington, DC 20224

Jeffrey H. Sloman, Esq.
United States Attorney
Office of the United States Attorney
for the Southern District of Florida
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394
(954) 356-7255
Fax (954) 356-7336

5

LAW OFFICES
# IRA L. ZUCKERMAN, P.A.

601 SOUTH OCEAN DRIVE
HOLLYWOOD, FLORIDA 33019

WEBSITE: taxmaniandevil.com
E-MAIL: taxmaniandevil@bellsouth.net

TELEPHONE (954) 922-1975
TOLL FREE (888) 441-2007
FAX (954) 922-1976

November 24, 2009
Certified Mail/RRR
Art.# 7006 2760 0004 3178 4007

Internal Revenue Service
Stop 4030
7850 Southwest 6th Court
Plantation, FL  33324
Attention:  Disclosure Office

Re:  **Barbara Fawcett, a/k/a Barbara Letterese**
**SSN: 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**
**Tax Periods: Income Taxes: 1993, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009; Civil Penalties: All Quarters 1997, 1998, 2002, 2004, 2005**

To Whom it may concern:

**THIS REQUEST AMENDS AND SUPERCEDES A REQUEST MADE FOR THE SAME TAXPAYER 11/20/09. A copy of a new Form 2848 is attached.**

Under the Provisions of the Privacy Act of 1974, 5 U.S.C. 552a and the Freedom of Information Act, 5 U.S.C. 552, on behalf of my client I hereby request copies of the following documents:

1. All files relative to the collection of Income Tax and Civil Penalties from Barbara Fawcett a/k/a Barbara Letterese, including Revenue Officer's narrative report, appellate conference report and notations on the file.

2. Most particularly, any evidence of communication by or with individual Revenue Officers William Smith, ID# 65-05338 and Helen Skinner a/k/a Helen Adams, (retired & ID # unknown), each working out of the Plantation office of IRS, with the Church of Scientology, or any affiliate or representative of the Church of Scientology, including but not limited to attorneys, officers, directors, employees or any agent of the Church of Scientology or any


EXHIBIT "A"

Internal Revenue Service
November 24, 2009
Page Two

affiliate thereof. Evidence of communication would include any file notes, narrative reports, notations on the file, history sheets, or any writing of any kind whatsoever.

    3.    All TDA's (Taxpayer Delinquent Accounts), history sheets, attachments thereto and accumulated financial information for Barbara Fawcett a/k/a Barbara Letterese, for any type of federal tax for the period referenced above.

If there are any fees for searching for or copying the records I have request, please supply the records without informing me if the fees do not exceed $50.00.

If all or any part of this request is denied, please cite the specific exemption(s) which you think justify your refusal to release the information, and inform me of the appeal procedure available to me under the law.

I would appreciate your handling this request as quickly as possible and I look forward to hearing from you within 10 days, as the law stipulates.

Very truly yours,

IRA L. ZUCKERMAN
For the Firm

Enclosure

cc: Barbara Fawcett



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

DEC 2 2 2009

Mr. Ira L. Zuckerman
601 South Ocean Drive
Hollywood, Florida 33019

Dear Mr. Zuckerman:

This responds to your Freedom of Information Act (FOIA) request of November 24, 2009, received in our office on December 1, 2009.

I am unable to send the information you requested by December 30, 2009, which is the 20 business-day period allowed by law. I apologize for any inconvenience this delay may cause.

**STATUTORY EXTENSION OF TIME FOR RESPONSE**

The FOIA allows an additional ten-day statutory extension in certain circumstances. To complete your request I need additional time to search for, collect, and review responsive records from other locations. We have extended the statutory response date to January 14, 2010, after which you can file suit. An administrative appeal is limited to a denial of records, so it does not apply in this situation.

**REQUEST FOR ADDITIONAL EXTENSION OF TIME**

Unfortunately, we will still be unable to locate and consider release of the requested records by January 14, 2010. We have extended the response date to February 2, 2010 when we believe we can provide a final response.

You do not need to reply to this letter if you agree to this extension. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below. If we subsequently deny your request, you still have the right to file an administrative appeal.

You may file suit if you do not agree to an extension beyond the statutory period. Your suit may be filed in the U.S. District Court:

- Where you reside or have your principal place of business
- Where the records are located, or
- In the District of Columbia



EXHIBIT "B"

2

You may file suit after January 14, 2010. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

> Commissioner of Internal Revenue
> Attention: CC:PA: Br 6/7
> 1111 Constitution Avenue, NW
> Washington, D.C. 20224

The FOIA provides access to existing records. Extending the time period for responding to your request will not delay or postpone any administrative, examination, investigation or collection action.

If you have any questions please call Sr. Disclosure Specialist B.C. Ball, ID # 0315618, at 954-423-7486 or write to: Internal Revenue Service, Disclosure Office 7, Stop 4030, 7850 S.W. 6th Ct., Plantation, Florida 33324. Please refer to case number 07-2010-00447.

Sincerely,

*BC Ballfor*

Paula M. Curren
Disclosure Manager
Disclosure Office 7

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
BARBARA FAWCETT
a/k/a BARBARA LETTERESE

**(b) County of Residence of First Listed Plaintiff** BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
IRA L. ZUCKERMAN
IRA L. ZUCKERMAN P.A.
601 S. OCEAN DR
HOLLYWOOD, FL 33019    954-922-1975

**DEFENDANTS**
INTERNAL REVENUE SERVICE

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**10-CV-60111-Altonaga-Brown**

**(d) Check County Where Action Arose:** ☐ MIAMI-DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:10 CV 60111 - altonaga Brown

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____    DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE 1/25/10

FOR OFFICE USE ONLY
AMOUNT 350.00    RECEIPT # 548582    IFP ____